UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:13-cr-128-T-24TGW

GLORIA ARIAS

### FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following assets in partial satisfaction of the defendant's $155,358.00 forfeiture money judgment:

   a.   A 2006 Nissan Pathfinder, Vehicle Identification Number 5N1AR18U16C638798, titled in the name of Gloria Arias;

   b.   Approximately $11.88 seized from Business checking account number 3092772801, held in the name of Gloria Arias, P.A.;

   c.   Approximately $54.20 seized from any and all JP Morgan Chase Accounts, held in the name of Gloria Arias;

   d.   Approximately $400.00 seized from Savings account number 3030081792, held in the names of Gloria Arias and/or Carlos Jaramillo; and

   e.   Approximately $21.03 in funds seized from Citi Bank savings account number 9118676871, held in the name of Gloria Arias and/or one or both of her children.

Being fully advised of the relevant facts, the Court finds that on May 20, 2013, the Court entered a Forfeiture Money Judgment in the amount of $155,358.00 and a Preliminary Order of Forfeiture forfeiting to the United States all

right, title, and interest of Arias in the identified assets.   Doc. 14.

The Court further finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from June 6, 2013 and July 05, 2013.   Doc. 24.   The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that no person, other than the defendant Arias, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture for Substitute Assets, and Carlos Mario Jaramillo, Sophia Jaramillo and Manuela Jaramillo, are known to have an interest in the assets.   In accordance with the requirements of 21 U.S.C. § 853(n), on August 5, 2013, the United States sent notices of this forfeiture action and instructions on filing claims to the bank accounts, via certified United States mail and first class mail to Carlos Mario Jaramillo, Sophia Jaramillo and Manuela Jaramillo.   No third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired.   Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this __10th__ day of __December__, 2013.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies: To All Parties

3